UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SUNG MIN KIM, | ) | CASE NO. C08-1518-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| UNITED STATES OF AMERICA, | ) | TO FILE RESPONSE TO ANSWER |
| | ) | |
| Respondent. | ) | |
| | ) | |

Respondent has filed an answer to petitioner's motion under 28 U.S.C. § 2255. (Dkt. No. 9). Petitioner now moves for an extension of time to file a response to the answer. (Dkt. No. 13). Having considered the motion and the balance of the record, the Court does hereby ORDER as follows:

(1) Petitioner's motion for an extension of time to file a response (Dkt. No. 13) is GRANTED. Petitioner shall file the response no later than **March 6, 2009.** Respondent may file a reply to the response no later than **March 13, 2009. No further extensions will be granted absent extraordinary circumstances.**

(2) The Clerk shall RENOTE respondent's answer for consideration by the Court on

ORDER GRANTING PETITIONER'S MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE
PAGE -1

March 13, 2009. The Clerk shall also forward a copy of this Order to petitioner and to counsel for respondent.

DATED this <u>20th</u> day of January, 2009.

_____
Mary Alice Theiler
United States Magistrate Judge