Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNG MIN KIM, | |
| Petitioner, | No. C08-1518-JCC |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court on Petitioner's motion for additional time to file a response to the Government's answer. (Dkt. No. 17.) Petitioner failed to file a timely response, which was due on March 6, 2009. (*See* Dkt. No. 14.) On March 25, 2009, Magistrate Judge Theiler issued a Report and Recommendation finding that the petition should be denied. (Dkt. No. 16.) The next day, the Court received a motion from Petitioner dated March 14, 2009, requesting an extension until April 17, 2009, to respond to the answer in light of a "full facility lockdown" at the California City Correctional Center, where he is incarcerated. (Dkt. No. 17.) Because Magistrate Judge Theiler has already considered the briefing and recommended that his petition be denied, Petitioner's motion is DENIED AS MOOT.

However, Petitioner currently has until April 15, 2009, to object to Judge Theiler's Report and Recommendation. To accommodate petitioner's situation, the Court GRANTS him an extension until April 17, 2009 to file such an objection. The Court will not consider any objection

ORDER – 1

received after April 17, 2009, unless it receives a timely motion for an additional extension demonstrating good cause for further delay.

DATED this 1st day of April, 2009.

                                                                                                */s/ John C. Coughenour*
                                                                                                John C. Coughenour
                                                                                                UNITED STATES DISTRICT JUDGE